IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DANIEL BRYCE HURLBURT                                                    PLAINTIFF

v.                          Civil No. 6:18-CV-06016

DR. CHARLES LIGGETT, *et. al.*                                          DEFENDANTS

# ORDER

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis*. Currently before the Court is Plaintiff Motion to Compel (ECF No. 18), Motion for Extension of Time to Complete Discovery (ECF No. 24), Motion for Leave to Propound 75 Interrogatories and Motion to Compel Production of Medical Documents (ECF No. 25), and Motion to Take Written Deposition of Witnesses and to Appoint an Expert Witness. (ECF No. 26).

With his Motions to Compel, Plaintiff seeks to gain actual possession of his Arkansas Department of Correction ("ADC") medical documentation. This is prohibited by ADC policy. Instead, Plaintiff is permitted to view his medical records and take notes from those records. His medical records will also be submitted to the Court, as appropriate. (ECF No. 21). Plaintiff's Motions to Compel (ECF No. 18, 25) are DENIED. Plaintiff is advised that the submission of any further motions concerning the possession of his medical records will only serve to delay his case.

Pursuant to Fed. R. Civ. Pro. 33, parties are limited to 25 interrogatories unless otherwise stipulated or court-ordered. Plaintiff's Motion (ECF No. 25) requests leave to submit 75 interrogatories. As grounds for this request, Plaintiff states only that interrogatories and production are his main tools of discovery as an IFP and *pro se* Plaintiff. Plaintiff's Motion to Propound 75 Interrogatories (ECF No. 25) is DENIED.

1

Plaintiff's Motion to Take Written Deposition of Witnesses and to Appoint an Expert Witness (ECF No. 26) is DENIED a premature.

Finally, Plaintiff requests an extension of time to complete discovery. (ECF No. 24). As grounds, Plaintiff states he needs additional time to get possession of his medical records, obtain expert testimony, and take witness depositions. This Motion (ECF No. 24) is DENIED.

IT IS SO ORDERED this 25th day of October 2018.

/s/ *Mark E. Ford*
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE