IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DANIEL BRYCE HURLBUT                                              PLAINTIFF

V.                          CIVIL NO. 6:18-CV-6016

DR. CHARLES LIGGETT, et al.                                       DEFENDANTS

## **ORDER**

The Court has received a Report and Recommendation (ECF No. 73) from United States Magistrate Judge Mark E. Ford. Plaintiff proceeds in this 42 U.S.C. §1983 action *pro se* and in *forma pauperis*. Currently before the Court is Defendants' Motion for Summary Judgment (ECF No. 43). Upon review, the Magistrate recommended that Defendants' Motion for Summary Judgment be granted, and Plaintiff's Complaint against all Defendants be dismissed prejudice. The Magistrate also recommended that Plaintiff's Cross Motion for Summary Judgment (ECF No. 52) be denied. Plaintiff filed timely Objections (ECF No. 74) to the Report and Recommendation. The matter is now ripe for consideration.

The Court has conducted a de novo review of those portions of the report and recommendation to which Plaintiff has objected. 28 U.S.C. § 636(b)(1). Plaintiff's objections offer neither law nor fact requiring departure from the Magistrate's findings. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED as follows:

1. Defendants' Motion for Summary Judgment (ECF No. 43) should be and hereby is GRANTED;

2. Plaintiff's Cross Motion for Summary Judgment (ECF No. 52) should be and hereby

is DENIED; and

3. Plaintiff's Complaint against all Defendants should be and hereby is DISMISSED WITH PREJUDICE.

SO ORDERED this 10th day of September 2019.

/s/Robert T. Dawson
ROBERT T. DAWSON
SENIOR U.S. DISTRICT JUDGE